# United States Court of Appeals
## For the First Circuit

No. 25-1477

STATE OF RHODE ISLAND; STATE OF NEW YORK; STATE OF HAWAII; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF ARIZONA,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; INSTITUTE FOR MUSEUM AND LIBRARY SERVICES; KEITH E. SONDERLING, in their official capacity as Acting Director of the Institute of Museum and Library Services; MINORITY BUSINESS DEVELOPMENT AGENCY; MADIHA D. LATIF, in their official capacity as Deputy Under Secretary of Commerce for Minority Business Development; FEDERAL MEDIATION AND CONCILIATION SERVICE; GREGORY GOLDSTEIN, in their official capacity as Acting Director of the Federal Mediation and Conciliation Service; HOWARD LUTNICK, in their official capacity as Secretary of Commerce; RUSSELL THURLOW VOUGHT, in their official capacity as Director of the Office of Management and Budget; US OFFICE OF MANAGEMENT AND BUDGET,

Defendants - Appellants.

Before

Barron, Chief Judge,
Kayatta, and Rikelman, Circuit Judges.

**ORDER OF COURT**

Entered: May 27, 2025

Defendants-Appellants have filed in this court a "Motion for Stay Pending Appeal and an Administrative Stay." Consistent with Federal Rule of Appellate Procedure 8(a), defendants-

appellants also have filed a motion for stay pending appeal in the district court. That motion remains pending, and the district court has directed plaintiffs-appellees to respond by May 27, 2025, and for defendants-appellants to file any reply by May 30, 2025. Plaintiffs-Appellees have filed a letter in this court opposing the request for an immediate "administrative" stay.

The current request for an "administrative" stay is denied. See generally Fed. R. App. P. 8(a). In the event the district court denies the stay motion pending before it, plaintiffs-appellees should file a full response to the stay motion in this court within two days of the district court's ruling, and any reply by defendants-appellants will be due within two days of service of the response.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lauren S. Zurier
Robert A. Koch
Gerard J. Sinzdak
Simon Gregory Jerome
Abigail Stout
Heidy L. Gonzalez
Julia Heiman
Kathryn M. Sabatini
Natalya A. Buckler
Katherine Connolly Sadeck
Keith D. Hoffmann
Paul Timothy James Meosky
Rabia Muqaddam
Ester Murdukhayeva
Kartik Naram
Abigail Katowitz-Liu
Sean Bunny
David Dana Day
Kalikoonalani Diara Fernandes
Jay C. Russell
Zelda Vassar
David Moskowitz
Michael Kenneth Skold
Ashley H. Meskill
Vanessa L. Kassab
Sarah A. Hunger
Holly F.B. Berlin
Vivian A. Mikhail

Keith Jamieson
Katherine B. Dirks
Neil Giovanatti
BreAnna J. Listermann
Jacob Harris
Heidi Parry Stern
Joshua Paul Bohn
Anjana Samant
Brian Simmonds Marshall
Ryan P. Kane
Kate S. Worthington
Sarah Elizabeth Smith-Levy
Colin T. Roth
Syreeta Tyrell