

**STATE OF RHODE ISLAND**
**OFFICE OF THE ATTORNEY GENERAL**

150 South Main Street • Providence, RI 02903
(401) 274-4400 • www.riag.ri.gov

*Peter F. Neronha*
*Attorney General*

May 30, 2025

**Clerk of Court**
First Circuit Court of Appeals
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2500
Boston, MA 02210

Re:   State of Rhode Island v. Trump, Case No. 25-1477

Dear Clerk:

     Plaintiff-Appellees respectfully ask that the Court take notice that counsel for Appellees respectfully requests to be excused from Court for the following dates and reasons:

- **June 11th, 2025;**
- **July 3rd, 2025;**
- **August 15th, 2025, through September 3rd, 2025;**
- **September 23rd, 2025;**
- **October 2nd, 2025**

                                    Respectfully Submitted,

                                    APPELLEES

                                    By:

                                   PETER F. NERONHA
                                   ATTORNEY GENERAL

                                   */s/ Natayla Buckler*
                                   Natayla Buckler (#1168503)
                                   Assistant Attorney General
                                   The State of Rhode Island | Office of the Attorney General
                                   150 South Main Street | Providence, RI – 02903
                                   Office: +1 401 274 4400 | Ext: 2022
                                   nbuckler@riag.ri.gov

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within Court Excusal via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the attorneys of record on this 30th day of May, 2025.

*/s/ Vincent Cervini*