# United States Court of Appeals
## For the First Circuit

---

### DOCKETING STATEMENT

**No.** 25-1477  **Short Title:** Rhode Island v. Trump

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from May 6, 2025; May 13, 2025
   2. Date this notice of appeal filed May 16, 2025
      If cross appeal, date first notice of appeal filed ___
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) ___
   4. Date of entry of order deciding above post-judgment motion ___
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) ___
      Time extended to ___

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? [ ] Yes  [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes  [✓] No
         If yes, explain ___
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [✓] Yes  [ ] No
         If yes, explain Appeal of preliminary injunction, reviewable per 28 U.S.C. § 1292(a)(1)

C. Has this case previously been appealed? [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   ___

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [ ] Yes  [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party See attached
      Attorney
      Address
      Telephone

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name See attached
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature /s/ Simon G. Jerome

Date 06/04/2025