F.  Adverse Parties.

1.  Adverse party:  State of Rhode Island

Attorneys:  Natalya A. Buckler, Keith D. Hoffmann, Paul Timothy James Meosky, Kathryn M. Sabatini, Katherine Connolly Sadeck

Address:  150 S. Main St., Providence, RI 02903-0000

Telephone:  401-274-4400


2.  Adverse party:  State of New York

Attorneys:  Sean Bunny, Abigail Katowitz-Liu, Rabia Muqaddam, Ester Murdukhayeva, Kartik Naram

Address:  28 Liberty St., 23rd Fl., New York, NY 10005

Telephone:  716-818-5882, 212-416-8922, 212-416-8883, 212-416-6279, 212-416-6347


3.  Adverse party:  State of Hawaii

Attorneys:  David Dana Day, Kalikoonalani Diara Fernandes

Address:  425 Queen St., Honolulu, HI 96813-0000

Telephone:  808-586-1346, 808-586-1360


4.  Adverse party:  State of California

Attorneys:  Jay C. Russell, Zelda Vassar

Address:  455 Golden Gate Ave., Ste. 11000, San Francisco, CA 94102-7004

Telephone:  415-510-3617, 415-510-3875


5.  Adverse party:  State of Colorado

Attorneys:  David Moskowitz

Address:  1300 Broadway, 10th Fl., Denver, CO 80203

Telephone:  720-508-6784

6. Adverse party: State of Connecticut

Attorneys: Ashley H. Meskill, Michael Kenneth Skold

Address: 165 Capitol Ave., Hartford, CT 06106

Telephone: 860-808-5270, 860-808-5316

7. Adverse party: State of Delaware

Attorneys: Vanessa L. Kassab

Address: 820 N. French St., Wilmington, DE 19801-0000

Telephone: 302-683-8881

8. Adverse party: State of Illinois

Attorneys: Holly F.B. Berlin, Sarah A. Hunger

Address: 115 S. LaSalle St., 23rd Fl., Chicago, IL 60603

Telephone: 773-519-1678, 312-814-5202

9. Adverse party: State of Maine

Attorneys: Vivian A. Mikhail

Address: 6 State House Station, Augusta, ME 04333-0006

Telephone: 207-626-8800

10. Adverse party: State of Maryland

Attorneys: Keith Jamieson

Address: 200 St. Paul Pl., Baltimore, MD 21202-0000

Telephone: 410-576-6960

11. Adverse party: Commonwealth of Massachusetts

Attorneys: Katherine B. Dirks

Address: 1 Ashburton Pl., 20th Fl., Boston, MA 02108-0000

Telephone: 617-963-2277

12. Adverse party: State of Michigan

Attorneys: Neil Giovanatti, BreAnna J. Listermann

Address: 525 W. Ottawa St., PO Box 30758, Lansing, MI 48909

Telephone: 517-335-7603

13. Adverse party: State of Minnesota

Attorneys: Jacob Harris

Address: 445 Minnesota St., Ste. 600, St. Paul, MN 55101

Telephone: 651-296-3353

14. Adverse party: State of Nevada

Attorneys: Heidi Parry Stern

Address: 1 State of Nevada Way, Ste. 100, Las Vegas, NV 89119

Telephone: 702-486-3594

15. Adverse party: State of New Jersey

Attorneys: Joshua Paul Bohn

Address: 25 Market St., Trenton, NJ 08625

Telephone: 609-696-5366

16. Adverse party: State of New Mexico

Attorneys:  Anjana Samant

Address:  408 Galisteo St., Santa Fe, NM 87501

Telephone:  505-270-4332

17.  Adverse party:  State of Oregon

Attorneys:  Robert A. Koch, Brian Simmonds Marshall

Address:  1162 Court St., NE, Salem, OR 97301-0000; 100 SW Market St., Portland, OR 97201

Telephone:  503-378-4402, 971-673-1880

18.  Adverse party:  State of Vermont

Attorneys:  Ryan P. Kane

Address:  109 State St., Montpelier, VT 05609-0000

Telephone:  802-828-2153

19.  Adverse party:  State of Washington

Attorneys:  Sarah Elizabeth Smith-Levy, Kate S. Worthington

Address:  800 5th Ave., Ste. 2000, Seattle, WA 98104; 7141 Cleanwater Dr., SW, Olympia, WA 98504

Telephone:  206-389-3848, 360-709-6470

20.  Adverse party:  State of Wisconsin

Attorneys:  Colin T. Roth

Address:  17 W. Main St., PO Box 7857, Madison, WI 53707-7857

Telephone:  608-266-7636

21.  Adverse party:  State of Arizona

Attorneys: Syreeta Tyrell

Address: 2005 N. Central Ave., Phoenix, AZ 85004

Telephone: 602-542-3333

G. Names, Addresses, and Counsel for Appellants.

1. Appellant's name: Donald J. Trump, in his official capacity as President of the United States

Appellant's address: 1600 Pennsylvania Ave., NW, Washington, D.C. 20500

Attorneys' names: Gerard J. Sinzdak, Simon G. Jerome

Firm: United States Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Ave., NW, Washington, D.C. 20530

Telephone: 202-514-1673

2. Appellant's name: Institute of Museum and Library Services

Appellant's address: 955 L'Enfant Plaza North, SW, Ste. 4000, Washington, D.C. 20024

Attorneys' names: Gerard J. Sinzdak, Simon G. Jerome

Firm: United States Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Ave., NW, Washington, D.C. 20530

Telephone: 202-514-1673

3. Appellant's name: Keith E. Sonderling, in his official capacity as Acting Director of the Institute of Museum and Library Services

Appellant's address:  955 L'Enfant Plaza North, SW, Ste. 4000, Washington, D.C. 20024

Attorneys' names:  Gerard J. Sinzdak, Simon G. Jerome

Firm:  United States Department of Justice, Civil Division, Appellate Staff

Address:  950 Pennsylvania Ave., NW, Washington, D.C. 20530

Telephone:  202-514-1673


4.  Appellant's name:  Minority Business Development Agency

Appellant's address:  1401 Constitution Ave., NW, Washington, D.C. 20230

Attorneys' names:  Gerard J. Sinzdak, Simon G. Jerome

Firm:  United States Department of Justice, Civil Division, Appellate Staff

Address:  950 Pennsylvania Ave., NW, Washington, D.C. 20530

Telephone:  202-514-1673


5.  Appellant's name:  Keith E. Sonderling, in his official capacity as Acting Under Secretary of Commerce for Minority Business Development[1]

Appellant's address:  1401 Constitution Ave., NW, Washington, D.C. 20230

Attorneys' names:  Gerard J. Sinzdak, Simon G. Jerome

Firm:  United States Department of Justice, Civil Division, Appellate Staff

---

[1] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Keith E. Sonderling has been substituted for Madiha D. Latif as Acting Under Secretary of Commerce for Minority Business Development.

Address:  950 Pennsylvania Ave., NW, Washington, D.C. 20530

Telephone:  202-514-1673


6.  Appellant's name:  Federal Mediation and Conciliation Service

Appellant's address:  250 E St., SW, Washington, D.C. 20219

Attorneys' names:  Gerard J. Sinzdak, Simon G. Jerome

Firm:  United States Department of Justice, Civil Division, Appellate Staff

Address:  950 Pennsylvania Ave., NW, Washington, D.C. 20530

Telephone:  202-514-1673


7.  Appellant's name:  Howard Lutnick, in his official capacity as Secretary of Commerce

Appellant's address:  1401 Constitution Ave., NW, Washington, D.C. 20230

Attorneys' names:  Gerard J. Sinzdak, Simon G. Jerome

Firm:  United States Department of Justice, Civil Division, Appellate Staff

Address:  950 Pennsylvania Ave., NW, Washington, D.C. 20530

Telephone:  202-514-1673


8.  Appellant's name:  Russell T. Vought, in his official capacity as Director of the Office of Management and Budget

Appellant's address:  725 17th St., NW, Washington, D.C. 20503

Attorneys' names:  Gerard J. Sinzdak, Simon G. Jerome

Firm:  United States Department of Justice, Civil Division, Appellate Staff

Address:  950 Pennsylvania Ave., NW, Washington, D.C. 20530

Telephone:  202-514-1673

9.  Appellant's name:  Office of Management and Budget

Appellant's address:  725 17th St., NW, Washington, D.C. 20503

Attorneys' names:  Gerard J. Sinzdak, Simon G. Jerome

Firm:  United States Department of Justice, Civil Division, Appellate Staff

Address:  950 Pennsylvania Ave., NW, Washington, D.C. 20530

Telephone:  202-514-1673

10.  Appellant's name:  Gregory Goldstein, in his official capacity as Acting Director of the Federal Mediation and Conciliation Service

Appellant's address:  250 E St., SW, Washington, D.C. 20219

Attorneys' names:  Gerard J. Sinzdak, Simon G. Jerome

Firm:  United States Department of Justice, Civil Division, Appellate Staff

Address:  950 Pennsylvania Ave., NW, Washington, D.C. 20530

Telephone:  202-514-1673