# United States Court of Appeals
## For the First Circuit

No. 25-1477

STATE OF RHODE ISLAND; STATE OF NEW YORK; STATE OF HAWAII; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF ARIZONA,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; INSTITUTE FOR MUSEUM AND LIBRARY SERVICES; KEITH E. SONDERLING, in their official capacity as Acting Director of the Institute of Museum and Library Services; MINORITY BUSINESS DEVELOPMENT AGENCY; MADIHA D. LATIF, in their official capacity as Deputy Under Secretary of Commerce for Minority Business Development; FEDERAL MEDIATION AND CONCILIATION SERVICE; GREGORY GOLDSTEIN, in their official capacity as Acting Director of the Federal Mediation and Conciliation Service; HOWARD LUTNICK, in their official capacity as Secretary of Commerce; RUSSELL THURLOW VOUGHT, in their official capacity as Director of the Office of Management and Budget; US OFFICE OF MANAGEMENT AND BUDGET,

Defendants - Appellants.

**NOTICE**

Issued: June 12, 2025

The Request for Removal from Service List filed by the following attorneys has been allowed and they will no longer receive notice in this case:

Robert A. Koch

The following attorneys will continue to receive notice in this case:

Holly F.B. Berlin
Joshua Paul Bohn
Natalya A. Buckler

Sean Bunny
David Dana Day
Katherine B. Dirks
Kalikoonalani Diara Fernandes
Erin Galli
Neil Giovanatti
Heidy L. Gonzalez
Jacob Patsch Harris
Julia Heiman
Keith D. Hoffmann
Sarah A. Hunger
Keith Jamieson
Simon Gregory Jerome
Gabe Johnson-Karp
Ryan P. Kane
Vanessa L. Kassab
Abigail Katowitz-Liu
Elizabeth C. Kramer
BreAnna J. Listermann
Brian Simmonds Marshall
Paul Timothy James Meosky
Ashley H. Meskill
Vivian A. Mikhail
David Moskowitz
Rabia Muqaddam
Ester Murdukhayeva
Kartik Naram
Colin T. Roth
Jay C. Russell
Kathryn M. Sabatini
Katherine Connolly Sadeck
Anjana Samant
Gerard J. Sinzdak
Michael Kenneth Skold
Sarah Elizabeth Smith-Levy
Heidi Parry Stern
Abigail Stout
Syreeta Tyrell
Zelda Rose Vassar
Kate S. Worthington
Lauren S. Zurier

            Anastasia Dubrovsky, Clerk

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Gerry - (617) 748-4275

cc:
Holly F.B. Berlin
Joshua Paul Bohn
Natalya A. Buckler
Sean Bunny
David Dana Day
Katherine B. Dirks
Kalikoonalani Diara Fernandes
Erin Galli
Neil Giovanatti
Heidy L. Gonzalez
Jacob Patsch Harris
Julia Heiman
Keith D. Hoffmann
Sarah A. Hunger
Keith Jamieson
Simon Gregory Jerome
Gabe Johnson-Karp
Ryan P. Kane
Vanessa L. Kassab
Abigail Katowitz-Liu
Robert A. Koch
Elizabeth C. Kramer
BreAnna J. Listermann
Brian Simmonds Marshall
Paul Timothy James Meosky
Ashley H. Meskill
Vivian A. Mikhail
David Moskowitz
Rabia Muqaddam
Ester Murdukhayeva
Kartik Naram
Colin T. Roth
Jay C. Russell
Kathryn M. Sabatini
Katherine Connolly Sadeck
Anjana Samant
Gerard J. Sinzdak
Michael Kenneth Skold

Sarah Elizabeth Smith-Levy
Heidi Parry Stern
Abigail Stout
Syreeta Tyrell
Zelda Rose Vassar
Kate S. Worthington
Lauren S. Zurier