

**U.S. Department of Justice**

Civil Division, Appellate Staff

950 Pennsylvania Ave. NW, Rm. 7529
Washington, DC 20530

---

Gerard Sinzdak                                                                 Tel: (202) 514-0718
gerard.j.sinzdak@usdoj.gov

June 13, 2025

Anastasia Dubrovsky, Clerk
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

      Re:   *Rhode Island v. Trump*, No. 25-1477

Dear Ms. Dubrovsky:

      I write to ask the Court to withdraw my appearance as counsel in the above-captioned case because I am leaving the Department of Justice as of June 13, 2025. The government will continue to be represented by the remaining counsel who have appeared.

                        Respectfully submitted,

                        */s/ Gerard Sinzdak*
                        Gerard Sinzdak

cc:    Counsel of record (via CM/ECF)