# United States Court of Appeals
## For the First Circuit

No. 25-1477

STATE OF RHODE ISLAND; STATE OF NEW YORK; STATE OF HAWAII; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF ARIZONA,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; INSTITUTE FOR MUSEUM AND LIBRARY SERVICES; KEITH E. SONDERLING, in their official capacity as Acting Director of the Institute of Museum and Library Services; MINORITY BUSINESS DEVELOPMENT AGENCY; MADIHA D. LATIF, in their official capacity as Deputy Under Secretary of Commerce for Minority Business Development; FEDERAL MEDIATION AND CONCILIATION SERVICE; GREGORY GOLDSTEIN, in their official capacity as Acting Director of the Federal Mediation and Conciliation Service; HOWARD LUTNICK, in their official capacity as Secretary of Commerce; RUSSELL THURLOW VOUGHT, in their official capacity as Director of the Office of Management and Budget; US OFFICE OF MANAGEMENT AND BUDGET,

Defendants - Appellants.

### ORDER OF COURT

Entered: June 18, 2025
Pursuant to 1st Cir. R. 27.0(d)

Attorney Gerard Sinzdak has filed a motion to withdraw as counsel of record for appellants Federal Mediation and Conciliation Service, Gregory Goldstein, Institute for Museum and Library Services, Madiha D. Latif, Howard Lutnick, Minority Business Development Agency, Keith E. Sonderling, Donald J. Trump, US Office of Management and Budget and Russell Thurlow Vought. Appellants will continue to be represented in this appeal by his remaining counsel of record. In light of this, attorney Gerard Sinzdak's motion to withdraw is allowed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lauren S. Zurier, Gerard J. Sinzdak, Simon Gregory Jerome, Abigail Stout, Heidy L. Gonzalez, Julia Heiman, Kathryn M. Sabatini, Natalya A. Buckler, Katherine Connolly Sadeck, Keith D. Hoffmann, Paul Timothy James Meosky, Rabia Muqaddam, Ester Murdukhayeva, Kartik Naram, Abigail Katowitz-Liu, Sean Bunny, David Dana Day, Kalikoonalani Diara Fernandes, Jay C. Russell, Zelda Rose Vassar, David Moskowitz, Michael Kenneth Skold, Ashley H. Meskill, Vanessa L. Kassab, Sarah A. Hunger, Holly F.B. Berlin, Vivian A. Mikhail, Keith Jamieson, Katherine B. Dirks, Neil Giovanatti, BreAnna J. Listermann, Elizabeth C. Kramer, Jacob Patsch Harris, Syreeta Tyrell, Heidi Parry Stern, Joshua Paul Bohn, Anjana Samant, Brian Simmonds Marshall, Erin Galli, Ryan P. Kane, Kate S. Worthington, Sarah Elizabeth Smith-Levy, Gabe Johnson-Karp, Colin T. Roth