

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

July 21, 2025

Anastasia Dubrovsky
Clerk of Court
United States Court of Appeals
 for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re: *State of Rhode Island, et al. v. Donald J. Trump, in his official capacity as President of the United States, et al.*, No. 25-1477

Dear Ms. Dubrovsky:

On behalf of plaintiffs-appellees, I write in response to defendants-appellants' July 16, 2025 letter pursuant to Federal Rule of Appellate Procedure 28(j). ECF No. 00118313866.

Contrary to defendants' assertion (*see* Defs.' Ltr. at 2), the Supreme Court's unexplained stay order in *McMahon v. New York*, No. 24A1203 (U.S. July 14, 2025) does not "confirm[ ] that a stay should be granted" in this case pending appeal. The order in *McMahon* contains no reasoning, expresses no view on plaintiffs' standing, on whether the Civil Service Reform Act divests the district court of jurisdiction over plaintiffs' claims, or on any of defendants' other arguments in support of a stay pending appeal. In addition, *McMahon* cannot fairly be read to diminish plaintiffs' showing of irreparable injury. *Contra* Defs.' Ltr. at 2.

Moreover, this case differs in several material respects from *McMahon*. For example, the nature of the injuries found by the district court here included the loss of awarded funding, the termination of trusted mediation services critical to resolving public-sector labor disputes, and disruptions in state library services. Defendants do not purport to transfer agency functions to other entities, as in *McMahon*, but rather seek to terminate certain services and funding sources to plaintiffs entirely. It is

impossible to draw any conclusions from the unreasoned stay order in *McMahon* given that these factual distinctions bear directly on the analysis of standing, defendants' other threshold arguments, and consideration of the equitable factors. Accordingly, and for the reasons explained in plaintiffs' opposition to the motion, this Court should deny defendants' motion for a stay pending appeal.

Respectfully submitted,

/s/ Kartik Naram
Kartik Naram
Assistant Solicitor General
(212) 416-6347
Kartik.Naram@ag.ny.gov