No. 25-1477

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

STATE OF RHODE ISLAND, *et al.*

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, *et al.*,

*Defendants-Appellants.*

## GOVERNMENT'S ASSENTED-TO MOTION TO DISMISS

Pursuant to Federal Rule of Appellate Procedure 42(b) and 1st Cir. R. 27.0, the government hereby respectfully moves for dismissal of this appeal, with each side to bear its own costs. On November 21, 2025, the district court entered summary judgment and a permanent injunction in plaintiffs' favor, mooting this appeal. *Rhode Island v. Trump*, No. 1:25-cv-128 (Nov. 21, 2025) (Dkt. Nos. 99 & 100); *see Capriole v. Uber Techs., Inc.*, 991 F.3d 339, 343 (1st Cir. 2021). Plaintiffs assent to this request.

Respectfully submitted,

MELISSA N. PATTERSON

*/s/ Simon G. Jerome*
SIMON G. JEROME
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7209*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., N.W.*
  *Washington, D.C. 20530*
  *202-514-1673*

NOVEMBER 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 85 words, according to the count of Microsoft Word.

*/s/ Simon G. Jerome*
SIMON G. JEROME

## CERTIFICATE OF SERVICE

I hereby certify that, on November 25, 2025, I electronically filed the foregoing

notice with the Clerk of the Court by using the appellate CM/ECF system.  I further

certify that the participants in the case are CM/ECF users and that service will be

accomplished by using the appellate CM/ECF system.

*/s/ Simon G. Jerome*
SIMON G. JEROME