# United States Court of Appeals
## For the First Circuit

No. 25-1477

STATE OF RHODE ISLAND; STATE OF NEW YORK; STATE OF HAWAII; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF ARIZONA,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; INSTITUTE OF MUSEUM AND LIBRARY SERVICES; KEITH E. SONDERLING, in the official capacity as Acting Director of the Institute of Museum and Library Services; MINORITY BUSINESS DEVELOPMENT AGENCY; MADIHA D. LATIF, in the official capacity as Deputy Under Secretary of Commerce for Minority Business Development; FEDERAL MEDIATION AND CONCILIATION SERVICE; GREGORY GOLDSTEIN, in the official capacity as Acting Director of the Federal Mediation and Conciliation Service; HOWARD LUTNICK, in the official capacity as Secretary of Commerce; RUSSELL THURLOW VOUGHT, in the official capacity as Director of the Office of Management and Budget; US OFFICE OF MANAGEMENT AND BUDGET,

Defendants - Appellants,

US INTERAGENCY COUNCIL ON HOMELESSNESS; KENNETH JACKSON, in the official capacity as Acting Executive Director of the US Interagency Council of Homelessness,

Defendant.

**MANDATE**

Entered: November 25, 2025

    In accordance with the judgment of November 25, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:

Sara Miron Bloom, Lauren S. Zurier, Brett Allen Shumate, Melissa N. Patterson, Kevin Love Hubbard, Simon Gregory Jerome, Natalya A. Buckler, Katherine Connolly Sadeck, Keith D. Hoffmann, Paul Timothy James Meosky, Rabia Muqaddam, Ester Murdukhayeva, Kartik Naram, David Dana Day, Kalikoonalani Diara Fernandes, Jay C. Russell, Zelda Rose Vassar, David Moskowitz, Michael Kenneth Skold, Ashley H. Meskill, Vanessa L. Kassab, Ian R. Liston, Sarah A. Hunger, Vivian A. Mikhail, Keith Jamieson, Katherine B. Dirks, Neil Giovanatti, BreAnna J. Listermann, Elizabeth C. Kramer, Jacob Patsch Harris, Heidi Parry Stern, Joshua Paul Bohn, Anjana Samant, Erin Galli, Ryan P. Kane, Kate S. Worthington, Sarah Elizabeth Smith-Levy, Gabe Johnson-Karp, Colin T. Roth, Syreeta Tyrell, Susannah Weaver, Alexandra L. St. Romain, Patrick Jacobi, Jonas Monast, Pooja Boisture, Roisin Duffy-Gideon, Deanna Pihos, Orlando Economos, Kayla Minton Kaufman, Christopher Eberhart Kemmitt, Jennifer A. Holmes, Samuel Spital, Maydrian Adonnas Strozier-Lowe, Anuja Diwakar Thatte, Molly Masten Cain